1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

EASTERN DISTRICT OF CALIFORNIA

9
10
11

JESUS RODRIGUEZ,                                    Case No. 1:15-cv-00598-SAB

12

                             Plaintiff,     **Order Re Joint Stipulated Motion to**
                                                **Extend Discovery Deadlines**

13

v.

14

HOME DEPOT U.S.A., INC. and DOES
1 to 100,

15

                             Defendants.

16
17
18

       Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), Plaintiff Jesus

19

Rodriguez and Defendant Home Depot U.S.A., Inc. (collectively the "parties") jointly

20

stipulate that the discovery deadlines set forth in the Scheduling Order, dated August 12,

21

2015 (Doc. 11), be extended for good cause and in the interests of judicial efficiency to

22

permit the parties a full opportunity to engage in settlement discussions in an effort to

23

conclude this matter. Accordingly, the parties stipulate to the following extensions:

24

• Deadline for defendants to make expert disclosures pursuant to Fed. R. Civ. P.

25

    26(a)(2):  extended from April 18, 2016 to June 24, 2016;

26

• Deadline for supplemental disclosure and disclosure of any rebuttal experts under

27

    Fed. R. Civ. P. 26(a)(2)(c):  extended from May 16, 2016 to July 22, 2016;

28

• Deadline to complete expert discovery:  extended from May 31, 2016 to August

1    12, 2016;

2    •  Discovery completion date:  extended from April 29, 2016 to July 15, 2016;

3    •  Deadline to file non-dispositive motions:  extended from April 29, 2016 to July 8,

4        2016; and

5    •  Deadline to file dispositive motions: extended from May 31, 2016 to August 5,

6        2016.

7        The parties further stipulate that the following scheduled events will remain

8    unchanged:  Pre-Trial Conference on August 19, 2016 at 9:30 AM in Courtroom 9; and

9    Trial on October 4, 2016 at 8:30 AM in Courtroom 9.

10       This is the parties' first request for an extension of time in this matter.

11

12   Dated:  _____April 5, 2016_____        GOODMAN NEUMAN HAMILTON LLP

13

14                                            By:  __/s/Joshua S. Goodman_____
                                                  JOSHUA S. GOODMAN
15                                                Attorneys for Defendant
                                                  HOME DEPOT U.S.A., INC.

16   Dated:  _____April 5, 2016_____        DEL L. TOLEDO ATTORNEY AT LAW

17

18                                            By:  __/s/ Glenn Guenard_____
                                                  DEL L. TOLEDO
19                                                Attorneys for Plaintiff
                                                  JESUS RODRIGUEZ

20

21   IT IS SO ORDERED.

22   Dated:  **April 18, 2016**            _____

23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28