**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RODRIGUEZ, | Case No. 1:15-cv-00598-SAB |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| v. | |
| HOME DEPOT U.S.A., INC. and DOES 1 to 100, | (ECF No. 16) |
| Defendants. | |

Plaintiff Jesus Rodriguez filed this action on April 17, 2015.  (ECF No. 1.)  On May 17, 2016, the parties filed a stipulation to dismiss this action with prejudice.  (ECF No. 16.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, and each party shall bear its own costs.

IT IS SO ORDERED.

Dated:  **May 18, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

-1-